## RETURN OF SERVICE

**State of Florida**                    **County of SOUTHERN**                    **Civil Court**

Case Number: 1:26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC D/B/A DUNN'S OVERTOWN FARM ET AL,**

vs.

Defendant:
**DONALD J. TRUMP ET AL**

For:
Gerald E. Greenberg

Received by PROEDGE GROUP on the 14th day of May, 2026 at 10:20 am to be served on **DAVID J. SMITH, IN HIS OFFICIAL CAPACITY AS TRUSTEE C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE, 300 N.E. 2ND AVENUE, MIAMI, FL 33132**

I, ROBERTO LINDSAY, do hereby affirm that on the **15th day of May, 2026** at **11:30 am, I:**

served a **PUBLIC AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **L. CHRISTOPHER SAUNDERS** as **ASSISTANT GENERAL COUNSEL** for **DAVID J. SMITH, IN HIS OFFICIAL CAPACITY AS TRUSTEE C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE** at the address of: **300 N.E. 2ND AVENUE, SUITE 1453( THE OFFICE OF LEGAL AFFAIRS), MIAMI, FL 33132** and informing said person of the contents therein.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: BLACK, Height: 5'7, Weight: 180, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**ROBERTO LINDSAY**
C.P.S. 1094

**PROEDGE GROUP**
**1925 BRICKELL AVE**
**UNIT 1513**
**MIAMI, FL 33129**
**(305) 389-7602**

Our Job Serial Number: RLA-2026000980

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

## RETURN OF SERVICE

**State of Florida**                **County of SOUTHERN**                **Civil Court**

Case Number: 1:26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC D/B/A DUNN'S OVERTOWN FARM ET AL,**

vs.

Defendant:
**DONALD J. TRUMP ET AL**

For:
Gerald E. Greenberg

Received by PROEDGE GROUP on the 14th day of May, 2026 at 10:20 am to be served on **DISTRICT BOARD OF TRUSTEES OF MIAMI DADE COLLEGE C/O CHAIR MICHAEL BILECA, 300 N.E. 2ND AVENUE, MIAMI, FL 33132**.

I, ROBERTO LINDSAY, do hereby affirm that on the **15th day of May, 2026** at **11:30 am, I:**

served a **PUBLIC AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **L. CHRISTOPHER SAUNDERS** as **ASSISTANT GENERAL COUNSEL** for **DISTRICT BOARD OF TRUSTEES OF MIAMI DADE COLLEGE C/O CHAIR MICHAEL BILECA** at the address of: **300 N.E. 2ND AVENUE, SUITE 1453( THE OFFICE OF LEGAL AFFAIRS), MIAMI, FL 33132** and informing said person of the contents therein.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: BLACK, Height: 5'7, Weight: 180, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**ROBERTO LINDSAY**
C.P.S. 1094

**PROEDGE GROUP**
**1925 BRICKELL AVE**
**UNIT 1513**
**MIAMI, FL 33129**
**(305) 389-7602**

Our Job Serial Number: RLA-2026000981

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

# RETURN OF SERVICE

**State of Florida**                    **County of SOUTHERN**                    **Civil Court**

Case Number: 1:26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC D/B/A DUNN'S OVERTOWN FARM ET AL,**

vs.

Defendant:
**DONALD J. TRUMP ET AL**

For:
Gerald E. Greenberg

Received by PROEDGE GROUP on the 14th day of May, 2026 at 10:20 am to be served on **ISMARE MONREAL, IN HER OFFICIAL CAPACITY AS TRUSTEE C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE, 300 N.E. 2ND AVENUE, MIAMI, FL 33132**

I, ROBERTO LINDSAY, do hereby affirm that on the **15th day of May, 2026** at **11:30 am, I:**

served a **PUBLIC AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **L. CHRISTOPHER SAUNDERS** as **ASSISTANT GENERAL COUNSEL** for **ISMARE MONREAL, IN HER OFFICIAL CAPACITY AS TRUSTEE C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE** at the address of: **300 N.E. 2ND AVENUE, SUITE 1453( THE OFFICE OF LEGAL AFFAIRS), MIAMI, FL 33132** and informing said person of the contents therein.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: BLACK, Height: 5'7, Weight: 180, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**ROBERTO LINDSAY**
C.P.S. 1094

**PROEDGE GROUP**
**1925 BRICKELL AVE**
**UNIT 1513**
**MIAMI, FL 33129**
**(305) 389-7602**

Our Job Serial Number: RLA-2026000977

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

## RETURN OF SERVICE

**State of Florida**                    **County of SOUTHERN**                    **Civil Court**

Case Number: 1:26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC D/B/A DUNN'S OVERTOWN FARM ET AL,**

vs.

Defendant:
**DONALD J. TRUMP ET AL**

For:
Gerald E. Greenberg

Received by PROEDGE GROUP on the 14th day of May, 2026 at 10:20 am to be served on **JOSE FELIX DIAZ, IN HIS OFFICIAL CAPACITY AS TRUSTEE C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE, 300 N.E. 2ND AVENUE, MIAMI, FL 33132**

I, ROBERTO LINDSAY, do hereby affirm that on the **15th day of May, 2026** at **11:30 am, I:**

served a **PUBLIC AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **L. CHRISTOPHER SAUNDERS** as **ASSISTANT GENERAL COUNSEL** for **JOSE FELIX DIAZ, IN HIS OFFICIAL CAPACITY AS TRUSTEE C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE** at the address of: **300 N.E. 2ND AVENUE, SUITE 1453( THE OFFICE OF LEGAL AFFAIRS), MIAMI, FL 33132** and informing said person of the contents therein.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: BLACK, Height: 5'7, Weight: 180, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**ROBERTO LINDSAY**
C.P.S. 1094

**PROEDGE GROUP**
**1925 BRICKELL AVE**
**UNIT 1513**
**MIAMI, FL 33129**
**(305) 389-7602**

Our Job Serial Number: RLA-2026000978

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

# RETURN OF SERVICE

**State of Florida**                **County of SOUTHERN**                **Civil Court**

Case Number: 1:26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC D/B/A DUNN'S OVERTOWN FARM ET AL,**

vs.

Defendant:
**DONALD J. TRUMP ET AL**

For:
Gerald E. Greenberg

Received by PROEDGE GROUP on the 14th day of May, 2026 at 10:20 am to be served on **JUAN SEGOVIA, IN HIS OFFICIAL CAPACITY AS TRUSTEE C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE, 300 N.E. 2ND AVENUE, MIAMI, FL 33132**

I, ROBERTO LINDSAY, do hereby affirm that on the **15th day of May, 2026** at **11:30 am, I:**

served a **PUBLIC AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **L. CHRISTOPHER SAUNDERS** as **ASSISTANT GENERAL COUNSEL** for **JUAN SEGOVIA, IN HIS OFFICIAL CAPACITY AS TRUSTEE C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE** at the address of: **300 N.E. 2ND AVENUE, SUITE 1453( THE OFFICE OF LEGAL AFFAIRS), MIAMI, FL 33132** and informing said person of the contents therein.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: BLACK, Height: 5'7, Weight: 180, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**ROBERTO LINDSAY**
C.P.S. 1094

**PROEDGE GROUP**
**1925 BRICKELL AVE**
**UNIT 1513**
**MIAMI, FL 33129**
**(305) 389-7602**

Our Job Serial Number: RLA-2026000979

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

## RETURN OF SERVICE

**State of Florida**                    **County of SOUTHERN**                    **Civil Court**

Case Number: 1:26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC D/B/A DUNN'S OVERTOWN FARM ET AL,**

vs.

Defendant:
**DONALD J. TRUMP ET AL**

For:
Gerald E. Greenberg

Received by PROEDGE GROUP on the 14th day of May, 2026 at 10:20 am to be served on **MARCELL FELIPE, IN HIS OFFICIAL CAPACITY AS TRUSTEE C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE, 300 N.E. 2ND AVENUE, MIAMI, FL 33132**

I, ROBERTO LINDSAY, do hereby affirm that on the **15th day of May, 2026** at **11:30 am, I:**

served a **PUBLIC AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **L. CHRISTOPHER SAUNDERS** as **ASSISTANT GENERAL COUNSEL** for **MARCELL FELIPE, IN HIS OFFICIAL CAPACITY AS TRUSTEE C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE** at the address of: **300 N.E. 2ND AVENUE, SUITE 1453( THE OFFICE OF LEGAL AFFAIRS), MIAMI, FL 33132** and informing said person of the contents therein.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: BLACK, Height: 5'7, Weight: 180, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**ROBERTO LINDSAY**
C.P.S. 1094

**PROEDGE GROUP**
**1925 BRICKELL AVE**
**UNIT 1513**
**MIAMI, FL 33129**
**(305) 389-7602**

Our Job Serial Number: RLA-2026000976

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

## RETURN OF SERVICE

**State of Florida**                    **County of SOUTHERN**                    **Civil Court**

Case Number: 1:26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC D/B/A DUNN'S OVERTOWN FARM ET AL,**

vs.

Defendant:
**DONALD J. TRUMP ET AL**

For:
Gerald E. Greenberg

Received by PROEDGE GROUP on the 14th day of May, 2026 at 10:20 am to be served on **MIAMI DADE COLLEGE C/O CHAIR MICHAEL BILECA, DISTRICT OF TRUSTEES OF MIAMI DADE COLLEGE, 300 N.E. 2ND AVENUE, MIAMI, FL 33132**.

I, ROBERTO LINDSAY, do hereby affirm that on the **15th day of May, 2026** at **11:30 am, I:**

served a **PUBLIC AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **L. CHRISTOPHER SAUNDERS** as **ASSISTANT GENERAL COUNSEL** for **MIAMI DADE COLLEGE C/O CHAIR MICHAEL BILECA, DISTRICT OF TRUSTEES OF MIAMI DADE COLLEGE** at the address of: **300 N.E. 2ND AVENUE, SUITE 1453( THE OFFICE OF LEGAL AFFAIRS), MIAMI, FL 33132** and informing said person of the contents therein.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: BLACK, Height: 5'7, Weight: 180, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**ROBERTO LINDSAY**
C.P.S. 1094

**PROEDGE GROUP**
**1925 BRICKELL AVE**
**UNIT 1513**
**MIAMI, FL 33129**
**(305) 389-7602**

Our Job Serial Number: RLA-2026000982

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

## RETURN OF SERVICE

**State of Florida**                    **County of SOUTHERN**                    **Civil Court**

Case Number: 1:26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC D/B/A DUNN'S OVERTOWN FARM ET AL,**

vs.

Defendant:
**DONALD J. TRUMP ET AL**

For:
Gerald E. Greenberg

Received by PROEDGE GROUP on the 14th day of May, 2026 at 10:20 am to be served on **MICHAEL BILECA, IN HIS OFFICIAL CAPACITY AS CHAIR C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE, 300 N.E. 2ND AVENUE, MIAMI, FL 33132**

I, ROBERTO LINDSAY, do hereby affirm that on the **15th day of May, 2026** at **11:30 am, I:**

served a **PUBLIC AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **L. CHRISTOPHER SAUNDERS** as **ASSISTANT  GENERAL COUNSEL** for **MICHAEL BILECA, IN HIS OFFICIAL CAPACITY AS CHAIR C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE** at the address of: **300 N.E. 2ND AVENUE, SUITE 1453( THE OFFICE OF LEGAL AFFAIRS), MIAMI, FL 33132** and informing said person of the contents therein.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: BLACK, Height: 5'7, Weight: 180, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**ROBERTO LINDSAY**
C.P.S. 1094

**PROEDGE GROUP**
**1925 BRICKELL AVE**
**UNIT 1513**
**MIAMI, FL 33129**
**(305) 389-7602**

Our Job Serial Number: RLA-2026000974

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

# RETURN OF SERVICE

**State of Florida**                    **County of SOUTHERN**                    **Civil Court**

Case Number: 1:26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC D/B/A DUNN'S OVERTOWN FARM ET AL,**

vs.

Defendant:
**DONALD J. TRUMP ET AL**

For:
Gerald E. Greenberg

Received by PROEDGE GROUP on the 14th day of May, 2026 at 10:20 am to be served on **ROBERTO ALONSO, IN HIS OFFICIAL CAPACITY AS VICE CHAIR C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE, 300 N.E. 2ND AVENUE, MIAMI, FL 33132**

I, ROBERTO LINDSAY, do hereby affirm that on the **15th day of May, 2026** at **11:30 am, I:**

served a **PUBLIC AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **L. CHRISTOPHER SAUNDERS** as **ASSISTANT GENERAL COUNSEL** for **ROBERTO ALONSO, IN HIS OFFICIAL CAPACITY AS VICE CHAIR C/O DISTRICT BOARD OF TRUSTEE OF MIAMI DADE COLLEGE, MIAMI DADE COLLEGE** at the address of: **300 N.E. 2ND AVENUE, SUITE 1453( THE OFFICE OF LEGAL AFFAIRS), MIAMI, FL 33132** and informing said person of the contents therein.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: BLACK, Height: 5'7, Weight: 180, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**ROBERTO LINDSAY**
C.P.S. 1094

**PROEDGE GROUP**
**1925 BRICKELL AVE**
**UNIT 1513**
**MIAMI, FL 33129**
**(305) 389-7602**

Our Job Serial Number: RLA-2026000975

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e