**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-23365-RAR**

**SISTRUNK SEEDS INC.**
*d/b/a* **DUNN'S OVERTOWN FARM**, *et al*.,

      Plaintiffs,

v.

**DONALD J. TRUMP**, *et al*.,

      Defendants.

_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*.  The record indicates that Defendants Roberto Alonso, Michael Bileca, Jose Felix Diaz, District Board of Trustees of Miami Dade College, Marcell Felipe, Miami Dade College, Ismare Monreal, Juan Segovia, and David J. Smith have been served with process.  *See* Returns of Service, [ECF No. 10].  However, no proof of service has been filed for Defendants Donald J. Trump, The Donald J. Trump Presidential Library Foundation, Inc., Ron DeSantis, James Uthmeier, Blaise Ingoglia, Wilton Simpson, and Florida Board of Trustees of the Internal Improvement Trust Fund ("Remaining Defendants").  To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that no Defendant shall file a response or answer until the Remaining Defendants have been served with process.  After the Remaining Defendants have been served, all Defendants shall submit a **single combined response or separate answers** within the time allowed for the last-served Defendant to respond.  Plaintiffs shall promptly file a return of service after serving each of the Remaining Defendants.

**DONE AND ORDERED** in Miami, Florida, this 18th day of May, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**