## <u>RETURN OF SERVICE</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA District of

Case Number: 26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC. D/B/A DUNN'S OVERTOWN FARM et al.**

vs.

Defendant:
**DONALD J. TRUMP et al**

For:
Gerald E. Greenberg
GELBER SCHACHTER & GREENBERG, P.A.

Received by PROEDGE GROUP, INC. on the 14th day of May, 2026 at 11:16 am to be served on RON DESANTIS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF FLORIDA C/O THE ALLIANCE CENTER, 113 SOUTH MONROE STREET, TALLAHASSEE, FL 32301.

I, Mary Green, do hereby affirm that on the 19th day of May, 2026 at 12:34 pm, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** with the date and hour of service endorsed thereon by me, to: **JOSEPH WHEALDON** as **DEPUTY GENERAL COUNSEL** at the address of: **400 S. MONROE STREET, TALLAHASSEE, FL 32399**, who stated they are authorized to accept service for **RON DESANTIS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF FLORIDA C/O THE ALLIANCE CENTER**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
5/19/2026  12:34 pm  ALL SERVICE FOR THE GOVERNOR IS ACCEPT AT THE OFFICE OF THE GENERAL COUNSEL WHICH IS LOCATED AT 400 S. MONROE STREET, TALLAHASSEE, FL 32399.

I certify that I am over the age of 18, have no interest in the above action, and that I am a Certified Process Server, in go od standing, in the judicial circuit in which the process was served, "under the penalty of perjury", I declare that I have read the foreg oing (document) and that the facts stated in it are true, 92.525.

**Mary Green**
Certified Process Server #243

**PROEDGE GROUP, INC.**
**1925 Brickell Ave., Unit D1513**
**Miami, FL 33129**
**(305) 389-7602**

Our Job Serial Number: MAT-2026001936

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA District of

Case Number: 26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC. D/B/A DUNN'S OVERTOWN FARM et al.**

vs.

Defendant:
**DONALD J. TRUMP et al**

For:
Gerald E. Greenberg
GELBER SCHACHTER & GREENBERG, P.A.

Received by PROEDGE GROUP, INC. on the 14th day of May, 2026 at 11:16 am to be served on WILTON SIMPSON, FLORIDA COMMISSIONER OF AGRICULTURE AND CONSUMER SERVICES, OFFICE OF THE GENERAL COUNSEL, THE MAYO BUILDING, 407 SOUTH CALHOUN STREET, TALLAHASSEE, FL 32399-0800.

I, Mary Green, do hereby affirm that on the 18th day of May, 2026 at 3:15 pm, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** with the date and hour of service endorsed thereon by me, to: **JOHN MINNICK** as **DEPUTY GENERAL COUNSEL** at the address of: **THE MAYO BUILDING, 407 SOUTH CALHOUN STREET, TALLAHASSEE, FL 32399-0800**, who stated they are authorized to accept service for **WILTON SIMPSON, FLORIDA COMMISSIONER OF AGRICULTURE AND CONSUMER SERVICES, OFFICE OF THE GENERAL COUNSEL**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and that I am a Certified Process Server, in go od standing, in the judicial circuit in which the process was served, "under the penalty of perjury", I declare that I have read the foreg oing (document) and that the facts stated in it are true, 92.525.

_____
**Mary Green**
Certified Process Server #243

**PROEDGE GROUP, INC.**
**1925 Brickell Ave., Unit D1513**
**Miami, FL 33129**
**(305) 389-7602**

Our Job Serial Number: MAT-2026001939

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA District of

Case Number: 26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC. D/B/A DUNN'S OVERTOWN FARM et al.**

vs.

Defendant:
**DONALD J. TRUMP et al**

For:
Gerald E. Greenberg
GELBER SCHACHTER & GREENBERG, P.A.

Received by PROEDGE GROUP, INC. on the 14th day of May, 2026 at 11:16 am to be served on FLORIDA BOARD OF TRUSTEES OF THE INTERNAL IMPROVEMENT TRUST FUND C/O FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, 3900 COMMONWEALTH BOULEVARD, TALLAHASSEE, FL 32399.

I, Mary Green, do hereby affirm that on the 18th day of May, 2026 at 1:34 pm, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** with the date and hour of service endorsed thereon by me, to: **TAYLOR CORAM** as **PARALEGAL** at the address of: **3900 COMMONWEALTH BOULEVARD, TALLAHASSEE, FL 32399**, who stated they are authorized to accept service for **FLORIDA BOARD OF TRUSTEES OF THE INTERNAL IMPROVEMENT TRUST FUND**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and that I am a Certified Process Server, in go od standing, in the judicial circuit in which the process was served, "under the penalty of perjury", I declare that I have read the foreg oing (document) and that the facts stated in it are true, 92.525.

_____
**Mary Green**
Certified Process Server #243

**PROEDGE GROUP, INC.**
**1925 Brickell Ave., Unit D1513**
**Miami, FL 33129**
**(305) 389-7602**

Our Job Serial Number: MAT-2026001940

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA District of

Case Number: 26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC. D/B/A DUNN'S OVERTOWN FARM et al.**

vs.

Defendant:
**DONALD J. TRUMP et al**

For:
Gerald E. Greenberg
GELBER SCHACHTER & GREENBERG, P.A.

Received by PROEDGE GROUP, INC. on the 14th day of May, 2026 at 11:16 am to be served on BLAISE INGOGLIA, IN HIS OFFICIAL CAPACITY AS FLORIDA CHIEF FINANCIAL OFFICER C/O FLORIDA DEPARTMENT OF FINANCIAL SERVICES, 200 EAST GAINES STREET, TALLAHASSEE, FL 32399-0300.

I, Mary Green, do hereby affirm that on the 15th day of May, 2026 at 3:59 pm, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** with the date and hour of service endorsed thereon by me, to: **BRIANNA LARRY** as **ADMINISTRATIVE SECRETARY** at the address of: **200 EAST GAINES STREET, TALLAHASSEE, FL 32399-0300**, who stated they are authorized to accept service for **BLAISE INGOGLIA, IN HIS OFFICIAL CAPACITY AS FLORIDA CHIEF FINANCIAL OFFICER C/O FLORIDA DEPARTMENT OF FINANCIAL SERVICES**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and that I am a Certified Process Server, in go od standing, in the judicial circuit in which the process was served, "under the penalty of perjury", I declare that I have read the foreg oing (document) and that the facts stated in it are true, 92.525.

_____

**Mary Green**
Certified Process Server #243

**PROEDGE GROUP, INC.**
**1925 Brickell Ave., Unit D1513**
**Miami, FL 33129**
**(305) 389-7602**

Our Job Serial Number: MAT-2026001938

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA District of

Case Number: 26-CV-23365-RAR

Plaintiff:
**SISTRUNK SEEDS INC. D/B/A DUNN'S OVERTOWN FARM et al.**

vs.

Defendant:
**DONALD J. TRUMP et al**

For:
Gerald E. Greenberg
GELBER SCHACHTER & GREENBERG, P.A.

Received by PROEDGE GROUP, INC. on the 14th day of May, 2026 at 11:16 am to be served on JAMES UTHMEIER IN HIS OFFICIAL CAPACITY AS THE FLORIDA ATTORNEY GENERAL C/O FLORIDA OFFICE OF THE ATTORNEY GENERAL, PL-01, THE CAPITAL, TALLAHASSEE, FL 32399-1050.

I, Mary Green, do hereby affirm that on the 15th day of May, 2026 at 3:53 pm, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** with the date and hour of service endorsed thereon by me, to: **PAULA TRIGG** as **SENIOR PARALEGAL III** at the address of: **107 W. GAINES STREET, TALLAHASSEE, FL 32399-1050**, who stated they are authorized to accept service for **JAMES UTHMEIER IN HIS OFFICIAL CAPACITY AS THE FLORIDA ATTORNEY GENERAL C/O FLORIDA OFFICE OF THE ATTORNEY GENERAL**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
5/15/2026  3:53 pm  ALL SERVICE FOR THE THE FLORIDA ATTORNEY GENERAL IS ACCEPT AT THE OFFICE OF THE GENERAL COUNSEL WHICH IS LOCATED AT 107 W. GAINES STREET, TALLAHASSEE, FL 32399.

I certify that I am over the age of 18, have no interest in the above action, and that I am a Certified Process Server, in go od standing, in the judicial circuit in which the process was served, "under the penalty of perjury", I declare that I have read the foreg oing (document) and that the facts stated in it are true, 92.525.

**Mary Green**
Certified Process Server #243

**PROEDGE GROUP, INC.**
**1925 Brickell Ave., Unit D1513**
**Miami, FL 33129**
**(305) 389-7602**

Our Job Serial Number: MAT-2026001937

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a