AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  President Donald J. Trump

was received by me on *(date)*                                    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I served the summons on President Donald J. Trump via USPS Certified Mail Signature Required on 05/28/2026. Copies of the tracking information and proof of delivery are attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  05/28/2026

_____
*Server's signature*

Gerald E. Greenberg, Counsel for Plaintiffs
*Printed name and title*

Gelber Schachter & Greenberg, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

Remove ✕

**Tracking Number:**

# 70163560000110269012

Copy        **Add to Informed Delivery**

## Latest Update

Your item was picked up at the post office at 4:06 am on May 28, 2026 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20500
May 28, 2026 4:06 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20500
May 21, 2026 11:08 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
May 21, 2026 9:50 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 19, 2026 3:08 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 19, 2026 2:52 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 18, 2026 3:54 PM

**In Transit to Next Facility**

May 18, 2026 3:31 PM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 18, 2026 3:15 PM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 18, 2026 1:40 PM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 17, 2026 6:21 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 17, 2026 12:44 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 16, 2026 6:38 PM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 16, 2026 1:50 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 15, 2026 8:23 PM

**In Transit to Next Facility**

May 15, 2026 3:33 AM

**Departed USPS Facility**

OPA LOCKA FL DISTRIBUTION CENTER
May 15, 2026 1:59 AM

**Arrived at USPS Facility**

OPA LOCKA FL DISTRIBUTION CENTER

May 14, 2026 12:53 AM

**USPS in possession of item**

MIAMI, FL 33131
May 13, 2026 4:15 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Case 1:26-cv-23365-RAR   Document 14   Entered on FLSD Docket 05/28/2026   Page 5 of 5

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br><br>President Donald J. Trump<br>c/o The White house<br>1600 Pennsylvania Avenue,<br>N.W.<br>Washington, DC 20500 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No |

9590 9402 7565 2098 6294 76

| 3. Service Type | |
|---|---|
| ☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

2. Article Number *(Transfer from service label)*

7016 3560 0001 1026 9012

PS Form **3811**, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt