AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Attorney's Office for the Southern District of Florida (for President Donald J. Trump)

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I served the summons on the U.S. Attorney's Office for the Southern District of Florida (for President Donald J. Trump) via USPS Certified Mail Signature Required on 05/15/2026. Copies of the tracking information and proof of delivery are attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  05/28/2026

_____
*Server's signature*

Gerald E. Greenberg, Counsel for Plaintiffs
*Printed name and title*

Gelber Schachter & Greenberg, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
*Server's address*

Additional information regarding attempted service, etc:

**ALERT: IMPACTS FROM THE SANDY WILDFIRE IN CALIFORNIA MAY DELAY FINAL DELIVERY …**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70163560000110269036

Copy        Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:37 pm on May 15, 2026 in MIAMI, FL 33132.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

● **Delivered**

**Delivered, Front Desk/Reception/Mail Room**

MIAMI, FL 33132
May 15, 2026 2:37 PM

● **Out for Delivery**

MIAMI, FL 33132
May 15, 2026 8:50 AM

● **Arrived at Post Office**

MIAMI, FL 33101
May 15, 2026 8:39 AM

● **Arrived at USPS Facility**

OPA LOCKA FL DISTRIBUTION CENTER
May 14, 2026 12:53 AM

● **USPS in possession of item**

MIAMI, FL 33131

May 13, 2026 4:12 PM

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

| | |
|---|---|
| Text & Email Updates | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

| FAQs |
|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S Attorneys office for the SD FL
99 N.E 4th Street.
Miami, FL 33132

9590 9402 7565 2098 6294 90

2. Article Number *(Transfer from service label)*

7016 3560 0001 1026 9036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #

MIAMI FL 330

15 MAY 2026 5PM 1 L

9590 9402 7565 2098 6294 90

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Gelber Schachter & Greenberg, P.A.
1 SE 3rd Avenue
Suite 2600
Miami, FL 33131