**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-23365-RAR**

SISTRUNK SEEDS INC. d/b/a
DUNN'S OVERTOWN FARM, et al.,

     *Plaintiffs*,

 v.

DONALD J. TRUMP, et al.,

     *Defendants*.

_____/

## NOTICE OF STRIKING DOCKET ENTRY

The undersigned hereby gives notice that the following was filed in error and is hereby withdrawn: Notice of Attorney Appearance filed on June 29, 2026 (ECF No. 21).  Counsel will refile the document using the correct action.

Dated: June 29, 2026

By: */s/ Jesus M. Suarez*
Jesus M. Suarez, Esq. (FBN 60086)
JSuarez@ContinentalPLLC.com
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, FL 33134
Telephone: (305) 677-2707