**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SISTRUNK SEEDS INC. *d/b/a* DUNN'S OVERTOWN FARM, *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>     *Defendants*. | No. 1:26-cv-23365-RAR |

**STATE DEFENDANTS' AND**
**THE DONALD J. TRUMP PRESIDENTIAL LIBRARY FOUNDATION'S**
**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to local rule 7.1(c) of the United States District Court for the Southern District of Florida, State Defendants and the Donald J. Trump Presidential Library Foundation respectfully request that this Court enter an Order granting leave for the undersigned defendants to exceed the 20-page limit by 5 pages. The undersigned defendants have conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.

Good cause exists for this request given the complexity of the issues to be addressed in undersigned Defendants' motion to dismiss. The requested extension would not delay proceedings in this case.

August 11, 2026

Respectfully submitted,

/s/ *Christine Pratt*

JAVIER A. LEY-SOTO
  *General Counsel*
MIAMI DADE COLLEGE
Office of Legal Affairs
300 NE 2nd Avenue
Room 1453
Miami, FL 33132
Phone: (305) 237-3694

JESUS M. SUAREZ
CARMEN MANRARA CARTAYA
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, FL 33134
Phone: (305) 677-2707

*Counsel for Miami Dade College and the Members of the District Board of Trustees of Miami Dade College*

ALEJANDRO BRITO
IAN M. CORP
BRITO PLLC
2121 Ponce de Leon Boulevard, Suite 650
Coral Gables, Florida 33131
Phone: (305) 614-4071
abrito@britopllc.com

*Counsel for the Donald J. Trump Presidential Library Foundation, Inc.*

JAMES UTHMEIER
  *Attorney General*

DAVID M.S. DEWHIRST
  *Solicitor General*

JEFFREY PAUL DESOUSA
JASON J. MUEHLHOFF
  *Chief Deputies Solicitor General*
CHRISTINE K. PRATT
  *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
*david.dewhirst@myfloridalegal.com*
*jason.muehlhoff@myfloridalegal.com*

*Counsel for Governor DeSantis, Attorney General Uthmeier, Commissioner Simpson, CFO Ingoglia, and the Board of Trustees of the Internal Improvement Trust Fund.*

FRANCIS A. CARBONE II
  *General Counsel*
DEPARTMENT OF FINANCIAL SERVICES
400 S Monroe St. # PL11
Tallahassee, FL 32399
Phone: (850) 413-5939
*francis.carbone@myfloridacfo.com*

*Counsel for CFO Ingoglia*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on August 11, 2026, to all counsel of record.

/s/ *Christine Pratt*
Deputy Solicitor General